# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2010

140257

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANDRE TERRELL FRAZIER,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140257
COA: 292668
Kent CC: 97-007796-FC

On order of the Court, the application for leave to appeal the October 28, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2010

0322

Clerk